1  GOLDSMITH & HULL/File # 569663
   A Professional Corporation
2  William I. Goldsmith  SBN 82183
   Michael L. Goldsmith SBN 291700
3  16933 Parthenia Street, Suite 110
   Northridge, CA 91343
4  Tel. (818) 990-6600
   Fax (818) 990-6140
5  **govdept1@goldsmithcalaw.com**

6
   Attorney For Plaintiff
7

8
                UNITED STATES DISTRICT COURT
9
                CENTRAL DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,        )  CASE NO.  A01-10302
12                                   )
              Plaintiff,             )
13                                   )  NOTICE OF CHANGE OF
   v.                                )
14                                   )  LEAD ATTORNEY
   SHERYL  HARDEN aka SHERYL A.     )
15 HARDEN                            )
                                     )
16            Defendant.             )
                                     )
17 ─────────────────────────────

18         TO THE COURT:

19         PLEASE TAKE NOTICE that  JERRY  A  WEISSBURG  AND  SCOTT
   MARK GITLEN  is no longer the lead attorney on this case, **please remove him from**
20
   **all future notifications**.  The lead attorney shall be changed to William I. Goldsmith
21
   and Michael L. Goldsmith.  All future notifications should be sent to the attorneys and
22
   address stated above.
23

24
   Dated: June 13, 2017                     GOLDSMITH & HULL, A P.C.
25

26
                                            ─────/S/─────────────
27                                          Michael L. Goldsmith
                                            Attorney For Plaintiff
28

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16933 Parthenia Street, Northridge, CA 91343.

On the date set forth below I served the foregoing document described as NOTICE OF CHANGE LEAD ATTORNEY on the interested parties in this action, by placing a [ ] duplicate original(s)
[X] true copy(ies) thereof enclosed in a sealed envelope addressed [ ] as stated on the attached list [X] as follows:

SHERYL HARDEN aka SHERYL A. HARDEN, et, al.
*******************
Los Angeles CA *****

[X] BY MAIL. [ ] I deposited such envelope, postage thereon fully prepaid, in the United States mail at Northridge, California.

[X] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Northridge, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

[ ] BY PERSONAL SERVICE. I delivered such envelope(s) by hand to the office(s) of the addressee(s).

[ ] STATE. I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct

[X] FEDERAL. I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on   June 13, 2017   at Northridge, California

/S/ Sonia Molina
Sonia Molina